UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR2104-WQH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PROPOSED ORDER TO SHORTEN TIME |
| JAVIER AMEZCUA-VASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's attached NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* in the above-entitled action be shortened thirteen (13) days, to be heard on January 8, 2007 at 2:00 p.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: January 4, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge